RECEIVED
IN MONROE, LA
JUL 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHRIS RHINE | CIVIL ACTION NO. 07-0624 |
| VS. | SECTION P |
| ALLEN KELLEY, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(i); and,

**IT IS FURTHER ORDERED** that plaintiff's Motion for Injunctive Relief in the form of a transfer to another prison [doc. 11] **BE DENIED AS MOOT.**

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this ___16___ day of ___July___, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE